UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BRIAN KESTLER, and individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA ROSA, a municipal corporation; JOSHUA KERTIANIS, individually and in his capacity as an officer for the Santa Rosa Police Department; JUSTIN FARRINGTON, individually and in his capacity as an officer for the Santa Rosa Police Department and DOES 1-25, inclusive, individually, jointly and severally,<br><br>　　　　　Defendant. | Case No. 3:15-cv-01361-TEH<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF No. 19] |

　　　The district court has referred all discovery matters to the undersigned. (Order of Reference, ECF No. 19.[1]) No discovery dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint-letter brief with information about any unresolved disputes. If counsel cannot navigate the filing of a joint letter brief, they may schedule a short case management conference call through courtroom deputy

---

[1] Record citations are to documents in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the tops of the documents.

NOTICE OF REFERRAL AND ORDER (3:15-cv-1361-TEH)

1. Lashanda Scott.

2. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further being or argument.

**IT IS SO ORDERED.**

Dated: November 25, 2015

_____
LAUREL BEELER
United States Magistrate Judge